**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 04-7067

—————————

JOHN GREEN,

Petitioner - Appellant,

versus

B. G. COMPTON, Warden,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (CA-03-509-7)

—————————

Submitted:  October 7, 2004        Decided:  October 14, 2004

—————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John Green, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Green, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Compton, No. CA-03-509-7 (W.D. Va. filed May 7, 2004 & entered May 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED